Barbara J. Roberts STALDER, Appellant,

v.

Robert MATTHEWS, Individually and as Statutory Trustee of Lee's Summit Airmotive, Inc. and Leonard S. Roberts, Jr., Respondents.

No. WD 47271.

Missouri Court of Appeals,
Western District.

Nov. 23, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 28, 1993.

Application to Transfer Denied
Feb. 22, 1994.

Dennis G. Muller, Muller & Muller, Kansas City, for appellant.

Donald E. Raymond, Raymond, Raymond & Minton, Kansas City, for respondents.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Stalder appeals from dismissal and summary judgment entered against her petition pleading conspiracy to injure by deceit, conspiracy to slander title and conversion. She also asserts trial error in the jury trial establishing a lien for repair work on an airplane owned by her and the respondent Roberts.

All the points in the appellant's brief are denied. The respondents' motion to strike portions of the reply brief as being beyond the original belief is sustained.

Judgment is affirmed. Rule 84.16(b)

David J. MENDOZA, Appellant,

v.

STATE of Missouri, Respondent.

WD 47665.

Missouri Court of Appeals,
Western District.

Nov. 23, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 28, 1993.

Application to Transfer Denied
Feb. 22, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).